IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MORGAN HANUSOWSKI
#556211                                                                                    PLAINTIFF

v.                              No. 3:20-cv-272-DPM

KYLE FRENCH, Booking/Correctional
Officer, Craighead County Detention
Center                                                                                     DEFENDANT

## JUDGMENT

Hanusowski's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 October 2020